# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO. 1:12-cv-00278-AWI-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM FOR RELIEF |
| v. | |
| EDMUND G. BROWN, et al., | (Docs. 22 and 26) |
| Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO THREE STRIKES PROVISION UNDER 28 U.S.C. § 1915(G) |

_____/

Plaintiff Clarence Leon Dews, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2013, the Magistrate Judge filed a Findings and Recommendations screening Plaintiff's Second Amended Complaint and recommending dismissal of the action, with prejudice, for failure to state a claim.  Plaintiff filed a timely Objection on April 15, 2013.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  *Akhtar v. Mesa*, 698 F.3d 1202, 1208 (9th Cir. 2012).  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  *Id.*  Plaintiff's disjoined Objection sets forth no grounds which persuade the Court that the Findings and Recommendations should not be adopted in full.  *Id.*

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed March 13, 2013, is adopted in full;

2.     This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted; and

3.     This dismissal is subject to the "three-strikes" provision set forth  in 28 U.S.C. § 1915(g).  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).


IT IS SO ORDERED.

Dated:   April 22, 2013    _____

                               SENIOR  DISTRICT  JUDGE