# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00278-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM FOR RELIEF<br><br>(Docs. 22 and 26)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO THREE STRIKES PROVISION UNDER 28 U.S.C. § 1915(G) |

　　　　Plaintiff Clarence Leon Dews, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 13, 2013, the Magistrate Judge filed a Findings and Recommendations screening Plaintiff's Second Amended Complaint and recommending dismissal of the action, with prejudice, for failure to state a claim. Plaintiff filed a timely Objection on April 15, 2013.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. *Akhtar v. Mesa*, 698 F.3d 1202, 1208 (9th Cir. 2012). Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. *Id.* Plaintiff's disjoined Objection sets forth no grounds which persuade the Court that the Findings and Recommendations should not be adopted in full. *Id.*

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 13, 2013, is adopted in full;
2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted; and
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: April 22, 2013

SENIOR DISTRICT JUDGE